FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JUL -6 PM 1: 16

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

BRENDA SMITH, BROAD REACH
CAPITAL, LP, BROAD REACH
PARTNERS, LLC, and BRISTOL
ADVISORS, LLC,

    Defendants

Case No. 8:20MC142

RECEIVED
JUL 6 2020
CLERK
U.S. DISTRICT COURT

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

By an order of the United States District Court for the District of New Jersey, in *SEC v. Smith, et al.*, Civ. No. 2:19-cv-17213-MCA, entered on June 29, 2020, Kevin D. Kent, Esquire was appointed the receiver ("Receiver") of all of the assets and properties of Brenda Smith; Broad Reach Capital, LP; Broad Reach Partners, LLC; and Bristol Advisors, LLC; and their Affiliated Entities, including BA Smith & Associates LLC; Bristol Advisors LP; CV Brokerage, Inc.; Clearview Distribution Services LLC; CV International Investments Limited; CV International Investments PLC; CV Investments LLC; CV Lending LLC; CV Minerals LLC; BD of Louisiana, LLC; TA 1, LLC; FFCC Ventures, LLC; Prico Market, LLC; GovAdv Funding

LLC; Elm Street Investors LLC; Investment Consulting LLC; and Tempo Resources LLC. Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of (a) the Complaint filed on August 27, 2019 (excluding attachments pertaining to the *Ex Parte* Motion for a Temporary Restraining Order), (b) the Temporary Restraining Order of August 27, 2019, (c) the Preliminary Injunction Order of September 10, 2019, and (d) the June 29, 2020 Order appointing Receiver, attached hereto as Exhibits "A" through "D", respectively, for the purpose of vesting the Receiver with jurisdiction and control over all such property located within this District, with the right to take possession thereof.

Dated: July 2, 2020

Respectfully Submitted,

Robin S. Weiss, Esq.
Conrad O'Brien PC
1500 Market Street, Suite 3900
Centre Square, West Tower
Philadelphia, PA 19102
Telephone: 215-864-9600
Fax: 215-864-9620
E-Mail: rweiss@conradobrien.com
*Attorney for Receiver, Kevin D. Kent, Esq.*

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Securities and Exchange Commission

## DEFENDANTS
Brenda A. Smith, Broad Reach Capital, LP, Broad Reach Partners, LLC and Bristol Advisors, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Philadelphia County, PA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED JUL 6 2020 CLERK U.S. DISTRICT COURT

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kelly L. Gibson, Scott A. Thompson, John V. Donnelly III, Mark R. Sylvester, U.S. Securities and Exchange Commission, 1617 JFK Blvd., Suite 520, Philadelphia, PA 19103, (215) 597-3100

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 754
Brief description of cause:
Receiver is required to file notice of receivership in all jurisdictions where receivership assets may exist

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Madeline Cox Arleo
DOCKET NUMBER   2:19-cv-17213 (MCA)(D.N.J.)

DATE   7/02/2020
SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____




JUL 6 2020
U.S. DISTRICT COURT

Robin S. Weiss
*Attorney at Law*
Direct Dial: 215.864.8086
Direct Fax: 215.523.9714
rweiss@conradobrien.com

July 2, 2020

Clerk of the Court
U.S. District Court for the District of Nebraska
Roman L. Hruska Federal Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

RE: SEC v. Smith, et al. Civ. No. 2:19-cv-17213-MCA (D.N.J.)

To the Clerk of the Court:

Enclosed for filing pursuant to 28 U.S.C. §754 is a Notice of Filing of Complaint and Order Appointing Receiver, that has been entered in the United States District Court for the District of New Jersey. Federal statute requires that we file notice of the appointment of the Receiver in any jurisdiction where assets potentially belonging to the receivership may reside. Therefore, enclosed for filing please find:

- Civil Cover Sheet (Form JS 44);
- Notice of the Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. §754, with Complaint (without attachments) and Order Appointing Receiver attached as exhibits;
- Copy of the Notice of the Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. §754, without exhibits, to be stamped and returned;
- A self-addressed stamped envelope for return copy; and
- A check for $47.00, the standard Miscellaneous filing fee

Please return to us the copy of the date-stamped Notice in the enclosed envelope once it has been assigned a miscellaneous docket number. Please do not hesitate to contact me if you have any questions regarding this filing. Your attention to this matter is greatly appreciated.

Very truly yours,

Robin S. Weiss, Esq.

RSW/Encs.

1500 Market Street, Centre Square | West Tower, Suite 3900 | Philadelphia, PA 19102-2100
Tel: 215.864.9600 | Fax: 215.864.9620 | www.conradobrien.com

**CONRAD O'BRIEN PC**

July 2, 2020
Page 2

cc:    Kelly L. Gibson (by e-mail, with enclosures)
       Scott A. Thompson (by e-mail, with enclosures)
       John V. Donnelly III (by e-mail, with enclosures)
       Mark R. Sylvester (by e-mail with enclosures)
       Brenda Smith (by first class mail, with enclosures)